AO 467 (Rev. 9/03) Order for Defendant to Appear

FILED IN OPEN COURT
ON 10/29/12
Julie A. Richards, Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT

_____ EASTERN _____ DISTRICT OF _____ NORTH CAROLINA _____

UNITED STATES OF AMERICA

V.

CUMUN TRAMANE FEARRINGTON

ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL

CASE NUMBER: 5:12-M-1918

CHARGING DISTRICTS
CASE NUMBER: 1:12CR308

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _____ MIDDLE _____ District of _____ NORTH CAROLINA _____ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____

*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) on TO BE NOTIFIED .

*Date and Time*

_____
Signature of Judge

29 OCTOBER 2012                    JAMES E. GATES, USMJ
Date                               Name and Title of Judge